**In re Joe L. HOOD, Jr. (Disabled).**

**Helen M. HOOD, Appellant,**

v.

**Joe L. HOOD, Jr. Respondent.**

No. WD 39201.

Missouri Court of Appeals,
Western District.

May 26, 1987.

John B. Williams, County Counseler, and Gary Owens, Legal Counsel, Jackson County, Kansas City, for appellant.

Valarie S. Zeeck, Kansas City, for respondent.

Before GAITAN, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from dismissal of a petition to be appointed guardian pursuant to Chapter 475, RSMo 1986.

Judgment affirmed. Rule 84.16(b)

**STATE of Missouri, Respondent,**

v.

**Jesse Harrison DOUGLAS, Appellant.**

No. WD 38998.

Missouri Court of Appeals,
Western District.

May 26, 1987.

Janet M. Thompson, Columbia, for appellant.

William Webster, Atty. Gen., Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from jury convictions for robbery, first degree, in violation of § 569.-020, RSMo 1986, and armed criminal action, in violation of § 571.015, RSMo 1986.

Judgment affirmed. Rule 30.25(b).